**Karen V. BOYD, Appellant,**

v.

**ALLSTATE INSURANCE COMPANY, Respondent.**

No. WD 53774.

Missouri Court of Appeals,
Western District.

March 10, 1998.

H. Kent Desselle, Independence, for Appellant.

James L. Sanders, Overland Park, KS, for Respondent.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

## ORDER

PER CURIAM.

Appeal from a judgment on a jury verdict in an insurance coverage case.

Affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Calvin D. MILLER, Appellant.**

No. WD 53276.

Missouri Court of Appeals,
Western District.

March 10, 1998.

Jacqueline K. McGreevy, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

## ORDER

PER CURIAM.

Appeal from convictions of murder in the second degree, § 565.021, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994.

Affirmed. Rule 30.25(b).